IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| EDGMONT GOLF CLUB, INC. | BANKRUPTCY NO. 13-19358(SR) |
| Debtor | |
| In re: | CHAPTER 11 |
| EDGMONT COUNTRY CLUB | BANKRUPTCY NO. 13-19359(SR) |
| Debtor | |

**NOTICE OF EFFECTIVE DATE OF DEBTORS' AMENDED JOINT
CHAPTER 11 PLAN OF REORGANIZATION
DATED APRIL 7, 2015 AS MODIFIED AUGUST 10, 2015**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 12, 2015, the United States Bankruptcy Court for the Eastern District of Pennsylvania signed an order [entered at Docket No. 253] (the "**Confirmation Order**") confirming the Amended Joint Chapter 11 Plan of Reorganization dated April 7, 2015 as Modified August 10, 2015 (the "**Plan**") [Docket No. 242] of the above captioned debtors (the "Debtors").[1] A copy of the Confirmation Order, the Plan, and related documents are available on the Bankruptcy Court's website at http://www.paeb.uscourts.gov.

2. The Effective Date of the Plan occurred on September 8, 2015.

3. Pursuant to the Plan, all applications for Fee Claims incurred by Professional Persons (a) from the Petition Date through the Effective Date, or (b) at any time during the Chapter 11 Cases, shall be filed no later than thirty (30) days after the Effective Date. Any Fee Claim not filed and served in accordance with the Plan within such time period will be forever barred and discharged.

MASCHMEYER KARALIS P.C.

Dated: September 9, 2015    By:  /s/ Aris J. Karalis
ARIS J. KARALIS
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Debtors

---

[1] Each capitalized term used but not otherwise defined herein has the meaning ascribed thereto in the Plan.