IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| EDGMONT GOLF CLUB, INC., *et al.* | BANKRUPTCY NO. 13-19358(SR) and 13-19359(SR) |
| Debtors | |

## MOTION OF DEBTORS FOR ENTRY OF A FINAL DECREE AND ORDER TO CLOSE CASES

Edgmont Golf Club, Inc. and Edgmont Country Club (collectively, the "Debtors"), by and through their counsel, Maschmeyer Karalis P.C., hereby respectfully request that this Court enter a Final Decree and Order to Close Cases (the "Motion"), and in support thereof, represent as follows:

### JURISDICTION AND GENERAL BACKGROUND

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtors' Chapter 11 cases and this Motion is proper in this District pursuant to 18 U.S.C. §§ 1408 and 1409. The statutory basis for the relief requested herein is 11 U.S.C. § 350.

### BACKGROUND

2. On October 28, 2013 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under Chapter 11 of the Bankruptcy Code.

3. On August 12, 2015, this Honorable Court entered an Order [Docket No. 253] confirming the Amended Joint Chapter 11 Plan of Reorganization dated April 7, 2015 as Modified on August 10, 2015 (the "Plan")[1] [Docket No. 242].

4. The Effective Date of the Plan occurred on September 8, 2015. Since the

Effective Date, the Debtors have operated as reorganized debtors.

5.  The Plan classifies claims into the following classes:

| Class | Description |
|---|---|
| **Claims Against Edgmont Golf Club, Inc.** ||
| Class 1A | Class 1A consists of Secured Claims of Property Tax Liens against the EGC Debtor. |
| Class 1B | Class 1B consists of Secured Claims of PNC Bank against the EGC Debtor. |
| Class 1C | Class 1C consists of Priority Non-Tax Claims against the EGC Debtor. |
| Class 1D | Class 1D consists of General Unsecured Claims against the EGC Debtor. |
| **Claims Against Edgmont Country Club** ||
| Class 2A | Class 2A consists of the Secured Claim of PNC Bank against the ECC Debtor. |
| Class 2B | Class 2B consists of Priority Non-Tax Claims against the ECC Debtor. |
| Class 2C | Class 2C consists of General Unsecured Claims against the ECC Debtor. |

6.  Holders of Allowed Claims in all of the Classes have received all of the distributions and treatment required under the Plan.

7.  Specifically, holders of Allowed Claims in Classes 1A, 1B, 1C, 1D, 2A, 2B, and 2C received one hundred percent (100%) distribution on account of their Allowed Claims.

8.  The Plan classified interests into two classes, Class 1E and Class 2D. All Interests were retained pursuant to the Plan.

9.  In addition, the unclassified Allowed Administrative Claims and Priority Tax Claims have been paid in full.

10. The Debtors have paid the quarterly fees as they came due to the Office of the

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Plan.

United States Trustee through and including the fourth quarter of 2015. The Debtors will pay the quarterly fees for the first quarter of 2016 on or before the hearing date scheduled for this Motion.

11.   Additionally, the Debtors have filed all Monthly Operating Reports and Post Confirmation Quarterly Reports through the fourth quarter of 2015. The Debtors will file the Post-Confirmation Quarterly Report for the first quarter of 2016 on or before the hearing date scheduled for this Motion.

### RELIEF REQUESTED

12.   Pursuant to 11 U.S.C. § 350 and Fed.R.Bankr.P. 3002, the reorganized Debtors request that this Court enter a Final Decree and an Order closing their bankruptcy cases.

**WHEREFORE,** the Debtors respectfully request that this Honorable Court enter a Final Decree and close their Chapter 11 cases, and for such other and further relief as this Court deems just.

**Respectfully Submitted,**

**MASCHMEYER KARALIS P.C.**

By:   /s/ Robert W. Seitzer
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Debtors

Dated: March 23, 2016